**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

IFC Credit Corporation
                              Plaintiff,

v.                                                                     Case No.: 1:08–cv–01115
                                                                    Honorable David H. Coar

3rd Degree Trucking, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable David H. Coar: At the request of the plaintiff (defendants not served as of 5/28/2008), the Rule 16(b) Scheduling Conference set for 5/29/2008 is stricken. Rule 16(b) Scheduling Conference reset for 7/16/2008 at 09:00 A.M. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.