IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation ) ) ) Plaintiff, ) v. ) ) 3RD DEGREE TRUCKING, INC. AND ) CALVIN MOORE, INDIVIDUALLY ) ) Defendants. ) | Case No.  08 CV 1115<br><br>Judge Coar |

### STIPULATION OF DISMISSAL

IT IS HEREBY ORDERED THAT:

Pursuant to F.R.C.P 41(a)(1)(A)(ii), "…plaintiff may dismiss an action without a court order by filing…a stipulation of dismissal signed by all parties who have appeared." No appearance has been filed by Defendants. This cause shall be and the same hereby is dismissed without prejudice, as to Defendants, 3rd Degree Trucking, Inc. and Calvin Moore, individually, each party to bear its own costs.

Respectfully Submitted,

IFC Credit Corporation

Dated: July 15, 2008                by:  /s/ Beth Anne Alcantar
                                         One of its Attorneys

Beth Anne Alcantar, IARDC No. 06226582
Attorney for Plaintiff,
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700