# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1115 | **DATE** | 7/16/2008 |
| **CASE TITLE** | IFC Credit Corporation vs. 3rd Degree Trucking, Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the Stipulation of Dismissal, this action is dismissed without prejudice as to Defendants, 3rd Degree Trucking, Inc. and Calvin Moore, individually, each party to bear its own costs. Civil case terminated.

   /s/David H. Coar
   David H. Coar, U.S. District Judge

Docketing to mail notices.

00:01

Courtroom Deputy Initial - PAMF